IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

AMERISERV FINANCIAL, INC., :
:
    Plaintiff, :
: Civ. A. No.: 3:23-cv-00117-SLH
v. :
:
JACK BABICH, :
:
    Defendant. :

**ORDER**

AND NOW, this __23rd__ day of __October__, 2024, upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice, it is ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE with each party bearing its own attorneys' fees, costs, and expenses.

BY THE COURT:

_____
Hon. Stephanie L. Haines